# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| FLUOR CORPORATION, | ) |
|     Plaintiff-Appellant, | ) Case No. 21-3389 |
| v. | ) |
| ZURICH AMERICAN INSURANCE COMPANY, | ) |
|     Defendant-Appellee, | ) |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY; DOES 1-100, | ) |
|     Defendant. | ) |

## APPELLEE ZURICH AMERICAN INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. App. P. 27 and Local Rule 27A, Zurich American Insurance Company ("Zurich") hereby moves for a 14-day extension of time, or until Thursday, May 11, to file a Petition for Rehearing. In support of this motion, Zurich states as follows:

1. The deadline for Zurich to file a Petition for Rehearing was originally set for April 27, 2023.

2. This Court has discretion to extend time for filing petitions for rehearing, and the clerk of this Court has the authority to grant unopposed 14-day extensions for filing petitions for rehearing under Local Rule 27A(13).

3. The Court's opinion ruled on complex and novel questions of contract interpretation and Missouri law, reversing the decision of the District Court below.

4. Due to the complexity of the issues and the importance of the questions ruled upon, additional time is necessary for Zurich to complete and submit its Petition for Rehearing.

5. No party will be prejudiced by the additional time sought through this motion.

6. Zurich has consulted with Appellant's counsel regarding the requested extension. Appellants do not oppose the proposed extension of time.

7. Zurich has not previously requested an extension of time for filing a petition for rehearing in this matter.

WHEREFORE, Zurich respectfully requests that the Court grant a 14-day extension of time through and until May 11, within which to submit its Petition for Rehearing.

Dated: April 25, 2023

Respectfully submitted,

**RILEY SAFER HOLMES & CANCILA LLP**

*/s/ Ronald S. Safer*
Ronald S. Safer, IL #6186143
Nick Kahlon, IL #6280309
David McCourt, IL #6256368
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602

(312) 471-8700 – Phone
(312) 471-8701 – Fax
rsafer@rshc-law.com
nkahlon@rshc-law.com
dmccourt@rshc-law.com

**PEGUE & THOMPSON**

Jaymeson Pegue, CA #106171
202 E. Marcy St.
Santa Fe, New Mexico 87501
(505) 395-9558 – Phone
jp@peguethompsonlaw.com

**SHOOK, HARDY & BACON L.L.P.**

Sarah Lynn Baltzell, MO #60937
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547
slynn@shb.com

**SQUIRE PATTON BOGGS**
Lauren S. Kuley, OH # 89764
201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
lauren.kuley@squirepb.com

*Attorneys for Zurich American Insurance Company*

# CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because it contains 246 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f), and complies with the typeface and formatting requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6).

Dated: April 25, 2023

*/s/ Ronald S. Safer*
Ronald S. Safer

Appellate Case: 21-3389   Page: 4   Date Filed: 04/25/2023 Entry ID: 5268655

# CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*/s/ Ronald S. Safer*
Ronald S. Safer
